**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:**


STRATEGIC MARKETING INC,

      Plaintiffs,

v.


GREAT BLUE HERON SOFTWARE, LLC;
ERNEST L. WALLACE, JR.,
EVENTS, ADVENTURES 'N  MORE, INC.,
EVENTS & ADVENTURES OF ATLANTA, LLC.,
EVENTS and ADVENTURES OF NEW YORK, INC.,
EVENTS & ADVENTURES OF PHILADELPHIA, INC.,
EVENTS & ADVENTURES BOSTON, INC.,
YOUR SOCIAL LIFE, LLC.,
RANDY GARDNER,
EVENTS & ADVENTURES, LLC.,
EVENTS & ADVENTURES OF MISSOURI, LLC.,
EVENTS & ADVENTURES TAMPA, LLC.,
and EMMETT AVERY.,

      Defendant

_____/

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

    Plaintiffs, STRATEGIC  MARKETING  INC (hereinafter, "STRATEGIC"),  sues

Defendants, GREAT BLUE HERON SOFTWARE, LLC, ERNEST L. WALLACE, JR.,

EVENTS, ADVENTURES 'N MORE, INC.,  EVENTS & ADVENTURES OF ATLANTA,

LLC., EVENTS and ADVENTURES OF NEW YORK, INC.,  EVENTS & ADVENTURES

OF PHILADELPHIA, INC., EVENTS & ADVENTURES BOSTON, INC., YOUR SOCIAL

LIFE, LLC., RANDY GARDNER, EVENTS & ADVENTURES, LLC.,   EVENTS &

ADVENTURES OF MISSOURI, LLC.,  EVENTS & ADVENTURES TAMPA, LLC., and

EMMETT AVERY, and allege as follows:

## THE PARTIES

1.      Plaintiff, STRATEGIC, is a Florida for-profit corporation, registered to do business and in fact, engages in substantial and not isolated business activity in Palm Beach County, Florida.

2.      Defendant, GREAT BLUE HERON SOFTWARE, LLC. (hereinafter "GREAT BLUE"), is a Florida Limited Liability Corporation, authorized to do business and, in fact, engages in substantial and not isolated business activity in Palm Beach County, Florida.

3.      Defendant, ERNEST L. WALLACE, JR. (hereinafter "WALLACE"), was at all times material hereto, over the age of eighteen, sui juris, and a citizen of the State of Maryland.

4.      Defendant, EVENTS, ADVENTURES 'N MORE, INC. (hereinafter "EAM"), is a Florida Corporation, authorized to do business and, in fact, engages in substantial and not isolated business activity in Palm Beach County, Florida.

5.      Defendant, EVENTS & ADVENTURES OF ATLANTA, LLC. (hereinafter "EAA"), is a Georgia Limited Liability Company, related in ownership and management to other Defendants in this case, and sharing in a substantial financial profit as a result of the infringement of Plaintiff's protected copyrighted work.

6.      Defendant, EVENTS and ADVENTURES OF NEW YORK, INC. (hereinafter "EANY"), is a New York Company, related in ownership and management to other Defendants in this case, and sharing in a substantial financial profit as a result of the infringement of Plaintiff's protected copyrighted work.

7.     Defendant, EVENTS & ADVENTURES OF PHILADELPHIA, INC. (hereinafter "EAP"), is a Pennsylvania Company, related in ownership and management to other Defendants in this case, and sharing in a substantial financial profit as a result of the infringement of Plaintiff's protected copyrighted work.

8.     Defendant, EVENTS & ADVENTURES OF BOSTON, INC. (hereinafter "EAB"), is a Massachusetts Company, related in ownership and management to other Defendants in this case, and sharing in a substantial financial profit as a result of the infringement of Plaintiff's protected copyrighted work.

9.     Defendant, YOUR SOCIAL LIFE, LLC. (hereinafter "YSL"), is a Florida Corporation, authorized to do business and, in fact, engages in substantial and not isolated business activity in Palm Beach County, Florida.

10.     Defendant, RANDY GARNER (hereinafter "GARNER"), was at all times material hereto, over the age of eighteen, sui juris, a citizen of the State of Florida, and a resident of Palm Beach County, Florida.

11.     Defendant, EVENTS & ADVENTURES, LLC. (hereinafter "EA"), is a Virginia Limited Liability Company, related in ownership and management to other Defendants in this case, and sharing in a substantial financial profit as a result of the infringement of Plaintiff's protected copyrighted work.

12.     Defendant, EVENTS & ADVENTURES OF MISSOURI, LLC. (hereinafter "EAMS"), is a Missouri Limited Liability Company, related in ownership and management to other Defendants in this case, and sharing in a substantial financial profit as a result of the infringement of Plaintiff's protected copyrighted work.

13.     Defendant, EVENTS & ADVENTURES TAMPA, LLC (hereinafter "EAT"), is a Florida Corporation, related in ownership and management to other Defendants in this case, and sharing in a substantial financial profit as a result of the infringement of Plaintiff's protected copyrighted work.

14.     Defendant, EMMETT AVERY (hereinafter "AVERY"), was at all times material hereto, over the age of eighteen, sui juris, and a citizen of the State of Virginia.

## JURISDICTION AND VENUE

15.     This is an action for copyright infringement under 17 U.S.C. §101, et seq.

16.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1338(a).

17.     Venue is proper under 28 U.S.C. §§1391(b) and 1391(c) in that a substantial part of the events giving rise to the claims asserted herein occurred in and are causing injury in Broward, Dade, and/or Palm Beach County, Florida.

## GENERAL ALLEGATIONS

18.     STRATEGIC is a full-service advertising, marketing, and public relations company in South Florida, providing high quality creative work and expertise in media buying and public relations.

19.     STRATEGIC provides services in the areas of strategic and media planning, creative production, lead generation, corporate identity, public relations, and internet marketing.

20.     On or about January 26, 2006, STRATEGIC entered into an agreement with EAM, wherein STRATEGIC was retained as the exclusive marketing agency of record for all Events & Adventures locations owned by GARNER.

21.     GARNER is the principal of the following six Events & Adventures locations:  (i) South Florida (owned by EAM); (ii) Atlanta (owned by EAA); (iii) Philadelphia (owned by EAP); (iv) Boston (owned by EAB); (v) Manhattan (owned by EANY); and (vi) Long Island (owned by EANY).

22.     AVERY is the principal of the following three Events and Adventures locations:  (i) Tampa (owned by EAT); (ii) St. Louis (owned by EAMS); and (iii) District of Columbia (owned by EA).

23.     AVERY executed a supplement to the agreement between EAM and STRATEGIC, wherein AVERY acknowledged that STRATEGIC was the exclusive agency of record for all Events & Adventures locations, understood the obligations of the agreement, and agreed to be bound by those obligations.

24.     While providing services for EAM, GARNER requested that STRATEGIC develop a new marketing plan for a website designed for single people.  STRATEGIC created "your social life" and provided a marketing strategy for GARNER to use along with "your social life".

25.     GREAT BLUE provides "subscription based software development". According to its website, www.blueheronsoftware.com, GREAT BLUE becomes a partner in the business of its clients, by utilizing applications and other components owned and maintained by GREAT BLUE to provide clients with the tools needed for businesses to run seamlessly.

26.     Sometime in 2004, EAM retained GREAT BLUE to host and manage the website: www.lotsofevents.com, (hereinafter "the website"), a name domain devised and created by STRATEGIC.

27.     Marketed to single people interested in attending events and trips with other single people, the website invites visitors to become subscribers, and in exchange for membership fees, subscribers are given access to members only features and events advertised at the website.

28.     As part of the management of the website, GREAT BLUE provides a landing page, a lead tracking system, pipeline management, event planning, reservation system, member management, and e-mail marketing.

29.     On or before October 4, 2011, GREAT BLUE took possession of the website and ownership of the domain name. EAM however continued to have control of the content and materials used within the website.

30.     After certain discussions took place between STRATEGIC and EAM regarding the need to re-design the website, STRATEGIC created a completely new design for the website including the creation of text, headings, and 2D-Artwork.  See the new design, attached as **Exhibit "A"**.

31.      On or before April of 2013, the new design of the website was furnished to EAM, however, it was never published in 2013.

32.     Sometime in early 2014, EAM terminated its business relationship with STRATEGIC.  At the time the termination became effective, EAM had not published the new design in the website.

33.     Importantly, the agreement between STRATEGIC and EAM and as assumed by AVERY, provides that "[a]ll ideas, copy and other materials produced under this contract remain the Intellectual property of Strategic Marketing for the duration of this contract and beyond."

34.     Prior to the publication of the new design in the website, STRATEGIC filed a copyright application with the United States Copyright Office seeking to protect the text and 2D-Artwork fixed in the new design.

35.     The United States Copyright Office issued Registration No.: VAu-1-176-703, with an effective date of April 1, 2014, protecting the text and 2D-Artwork created by STRATEGIC in the work titled: "Events and Adventures Website Redesign."  See Copyright registration, attached as **Exhibit "B."**

36.     The United States Copyright Office also issued Registration No.: TXu 1-905-670A with an effective date of March 11, 2014 for the work titled: "Your Social Life." See Copyright registration attached as **Exhibit "C**."

37.     Sometime prior to April 14, 2014, STRATEGIC, by way of its principal Terence Murphy, had a discussion with WALLACE regarding EAM. WALLACE, a managing member of GREAT BLUE, represented to STRATEGIC that GREAT BLUE was planning to use the new design created by STRATEGIC in the website. The same design that is subject to protection under the Copyright laws of the United States as evidenced by Exhibit "B".  See Exhibit "B".

38.     During the discussion, Mr. Murphy cautioned WALLACE and GREAT BLUE that the new design was intellectual property owned by STRATEGIC. Further, STRATEGIC provided notice that neither WALLACE nor GREAT BLUE had the right and/or permission, to use, reproduce, copy or create a derivative work of the new design.

39.     In the face of STRATEGIC'S warning, and notice prohibiting the use of the new design, WALLACE and GREAT BLUE willfully copied, reproduced, and created a

derivative work of the new design and published the new design in the website (hereinafter "infringing website").   <u>See</u> Selected webpages of infringing website, attached as **Exhibit "D**."

40.     Sometime in April of 2014, STRATEGIC discovered that GREAT BLUE was infringing on STRATEGIC'S copyright. Immediately, STRATEGIC demanded WALLACE and GREAT BLUE to cease the use, copy, reproduction, and publication of the intellectual property owned by STRATEGIC and subject to copyright protection.

41.     WALLACE and GREAT BLUE ignored STRATEGIC'S demand and the express disapproval of STRATEGIC, and instead, continued to use, copy, and reproduce the works identified by STRATEGIC to the United States Copyright Office as "Events and Adventures Website Redesign."

42.     A side-by-side comparison of the new design of the website (Exhibit "A") protected by copyright pursuant to the registration of "Events and Adventures Website Redesign" (Exhibit "B") with the infringing website (Exhibit "D") demonstrates a blatant copy of the text and 2D-Design elements protected by the copyrighted works, in violation of STRATEGIC's exclusive rights afforded by 17 U.S.C. § 106.

43.     While not exhaustive, nor exclusive, the following are just a few examples of the outrageous copying and substantial similarities between the copyrighted works and the infringing website:

a.  The 2D-Design and text in the landing page:

i.  The main page title at the top of the landing page displays the words "Events & Adventures" followed by a tagline and a request for the

visitor to call a number. The infringing website utilizes a substantially similar design.

ii. Next, the shade of blue for the bar appearing immediately below the main title page. Further the blue bar in the infringing website contains five of eight subheading titles, also contained in the copyrighted works. The subheading titles are white, and are arranged almost in the same order as arranged in the copyrighted works.

iii. Below the blue bar, the copyrighted works display a picture. While the picture is not claimed as protected within the copyrighted works, it contains a protected 2D-design element, superimposed on the picture, colored in gray. The design also displays text imbedded and an orange arrow pointing to the right at the end of the text. The color gray has a transparent gradient to the left of the first word within the design, where the elements of the picture can be seen through the gray design. The infringing website, much like the copyrighted works contains a substantially similar design, relative to its placement, colors, transparency, an arrow and the words embedded within the design.

iv. To the right of the picture discussed above, the copyrighted works contain text that states: "Get started now & join an event tonight" followed by three small boxes underneath where a visitor can input his or her name, email, and telephone number. Underneath the last box, there is a drop-down menu for visitors to select their locations and states "or call" and a telephone number is provided. The infringing

website contains the same text, with the same format for the "&" and boxes underneath the text requesting visitors to input their names, emails, and telephone numbers. Further, it also includes a drop-down menu for the location and a call to action for visitors to "Call Now".

v.  The text: "We travel the World in style" is utilized toward the bottom of the copyrighted works as a heading. The infringing website utilizes the phrase, "We love to travel the world in style" as the heading of a paragraph.

b.  2-D design and Text in Events & Adventures in Boston

i.  The top of the page of the infringing website demonstrates a substantially similar design to the 2-D design elements and text in copyrighted works. For instance, the location of the text following "Events & Adventures" and the "Click to Call" button is in the same upper right corner and the same tone of red is used in the infringing website as in the copyrighted works.

ii.  The text headings in the copyrighted works: "Shakespeare on the Common," "Whale Watch," and "Let's Go Sox!" are identical and arranged in the same manner in the infringing website as in the protected copyrighted works.

iii.   At the bottom of the page, the following protected text is included in the copyrighted works: "Being Single doesn't have to be boring . . . Get out, enjoy your life and meet people naturally." The infringing website utilizes identical copyright-protected text.

    iv.  Further, substantially similar to the copyrighted works, the infringing work contains, immediately below the text referenced in paragraph (iii), two side-by-side designs in the shape of a capsule. Both of the designs have text inside. The design to the left states: "Join the Fun" while the one to the right states: "Click to Call."

  c.  2D-design and text in All Cities page

    i.  Beyond those substantial similarities present in other pages, the copyrighted works contain the protected text: "Check out the Events & Adventures location near you…" Equally, the infringing website also displays the text: "Check out the Events & Adventures location near you…"

    ii.  Further, the arrangement of the cities in the copyrighted works, from Atlanta to Washington DC is exactly the same as the arrangement included in the infringing website.

44.    The infringing website appropriates proprietary content from STRATEGIC's copyrighted works. GREAT BLUE and WALLACE copied virtually every aspect of the copyrighted works including the format, layout, style, and literary contents, while merely changing or varying certain words and other insubstantial elements.

45.    The similarities between the copyrighted works owned by STRATEGIC and the infringing website owned and operated by GREAT BLUE and its member manager, WALLACE, range from the overall selection, arrangement, and layout of the 2D-design elements and literary works, to the appearance, color scheme, and style of the infringing website.

46.     There is no question that GREAT BLUE and WALLACE willfully appropriated, without permission, and in direct violation of STRATEGIC'S exclusive rights, the original works of authorship created by STRATEGIC and fixed in a tangible medium of expression, (i.e., the copyrighted works).

## COUNT ONE – DIRECT COPYRIGHT INFRINGEMENT AGAINST GREAT BLUE & WALLACE

47.     STRATEGIC adopts and reincorporates the allegations of paragraphs 1 through 46 as if fully set forth herein.

48.     This cause of action arises under the Copyright laws of the United States, 17 U.S.C. § 101, et seq.

49.     STRATEGIC created and owns copyrighted works that are duly registered with the United States Copyright Office. See Exhibit "B."

50.     STRATEGIC created original expressions constituting an original work of authorship by way of design elements as well as literary works including the words and images on the pages, color selection, and arrangement of the graphics, words, and images within the copyrighted works. See Exhibit "A."

51.     As the owner of the copyrighted work, STRATEGIC has the exclusive right to do and to authorize the reproduction of its:  (i) copyrighted works; (ii) preparation of derivative works based upon the copyrighted work; (iii) the public display of literary and graphic works; and (iv) distribution of copies of the copyrighted works to the public by sale, or other transfer of ownership, or by rental lease, or lending.

52.     On or before April of 2014, GREAT BLUE and WALLACE were notified by STRATEGIC that use of the new design, (i.e., the copyrighted works), would constitute infringement of STRATEGIC's rights. Nonetheless, sometime prior to May of 2014,

GREAT BLUE and WALLACE infringed upon STRATEGIC'S rights by copying the copyrighted works owned by STRATEGIC.

53.     GREAT BLUE and WALLACE willfully and deliberately infringed STRATEGIC's copyrighted works by, among other things, copying, reproducing, adapting, distributing, and displaying publicly the copyrighted works created and owned by STRATEGIC, without permission, and against STRATEGIC'S specific instructions that no permission was provided to use the copyrighted work.

54.     As set forth in Paragraph 43, the infringing website is substantially similar, if not identical, to the copyrighted works created by STRATEGIC. Moreover, GREAT BLUE and/or WALLACE created derivative works by taking the 2D-design elements and literary works created and owned by STRATEGIC, and utilizing the copyrighted works in the creation of unauthorized derivative works within the infringing website.

55.     On or about April 2014, STRATEGIC notified GREAT BLUE and WALLACE that GREAT BLUE and/or WALLACE was/were infringing the copyrighted works owned by STRATEGIC in the new design.

56.     Despite STRATEGIC'S notice and demand for GREAT BLUE and WALLACE to cease use of the copyrighted works, GREAT BLUE and WALLACE continued and up until this date, have not ceased infringing STRATEGIC's copyrighted works.

57.     By reason of GREAT BLUE and/or WALLACE's infringement, STRATEGIC has sustained and will continue to sustain substantial injury, loss, and damages due to its inability to exercise the exclusive rights enumerated by 17 U.S.C. § 106, afforded to STRATEGIC by Copyright law.

58.     As a result of the infringement of STRATEGIC's work by GREAT BLUE and/or WALLACE, STRATEGIC is entitled to recover the profits generated by GREAT BLUE and/or WALLACE while the infringing website was utilized to generate revenue, or statutory damages for all infringements involved in the action, with respect to any one work for which GREAT BLUE and/or WALLACE may be liable individually, or jointly and severally liable, in a sum not less than $750 or more than $30,000.00, per work infringed, as the court considers just.

59.     Further, due to GREAT BLUE and/or WALLACE's willful infringement of the copyrighted works at issue, STRATEGIC is entitled to recover statutory damages in the amount of $150,000.00 per work willfully infringed by GREAT BLUE and/or WALLACE.

60.     STRATEGIC is also entitled to recover the full costs of bringing this action against GREAT BLUE and/or WALLACE including, but not limited to, reasonable attorneys' fees as part of the costs incurred.

WHEREFORE, Plaintiff, STRATEGIC MARKETING INC., demands judgment against Defendants, GREAT BLUE HERON SOFTWARE LLC, a Florida Limited Liability Company, and ERNEST L. WALLACE, JR., for damages as provided by 17 U.S.C. § 504, for costs and attorneys' fees as provided by 17 U.S.C. § 505, plus interest, and further demands trial by jury of all factual issues.

<u>COUNT TWO – INDIRECT COPYRIGHT INFRINGEMENT</u>
<u>AGAINST WALLACE</u>

61.     STRATEGIC adopts and reincorporates the allegations of paragraphs 1 through 46 as if fully set forth herein.

62.     This cause of action arises under the Copyright laws of the United States, 17 U.S.C. § 101, et seq.

63.     STRATEGIC created and owns copyrighted works that are duly registered with the United States Copyright Office.  <u>See</u> Exhibit "B."

64.     STRATEGIC created original expressions constituting an original work of authorship by way of design elements as well as literary works including the words and images on the pages, color selection, and arrangement of the graphics, words, and images within the new design.  <u>See</u> Exhibit "A."

65.     As the owner of the copyrighted work, STRATEGIC has the exclusive right to do and to authorize the reproduction of its:  (i) copyrighted works; (ii) preparation of derivative works based upon the copyrighted work; (iii) the public display of literary and graphic works; and (iv) distribution of copies of the copyrighted works to the public by sale, or other transfer of ownership, or by rental lease, or lending.

66.     On or before April of 2014, WALLACE was notified by STRATEGIC that use of the new design, (<u>i.e.</u>, the copyrighted works), would constitute infringement of STRATEGIC's rights.

67.     WALLACE had actual knowledge that STRATEGIC owned the copyrighted works, and that STRATEGIC was specifically prohibiting the reproduction, preparation of derivative works, and publication of intellectual property owned by STRATEGIC. Nonetheless, sometime prior to May of 2014, WALLACE allowed GREAT BLUE to infringe upon STRATEGIC'S rights by copying, reproducing, creating derivative works, and publishing the copyrighted works owned by STRATEGIC, without any authority from STRATEGIC.

68.     Through the use of its entity, GREAT BLUE, WALLACE caused the publication of the infringing website in direct contravention of the exclusive rights granted to STRATEGIC by 17 U.S.C. §106.

69.     On or about April 2014, STRATEGIC notified WALLACE that GREAT BLUE and WALLACE were infringing the copyrighted works owned by STRATEGIC in the new design.

70.     Despite STRATEGIC'S notice and demand for WALLACE to cease use of the copyrighted works, WALLACE, through GREAT BLUE continued and up until this date, have not ceased infringing STRATEGIC's copyrighted works, generating revenue by way of the infringing website.

71.     By reason of WALLACE's indirect infringement, STRATEGIC has sustained and will continue to sustain substantial injury, loss, and damages due to its inability to exercise the exclusive rights enumerated by 17 U.S.C. § 106, afforded to STRATEGIC by Copyright law.

72.     STRATEGIC is entitled to recover the profits generated by GREAT BLUE and/or WALLACE while the infringing website was utilized to generate revenue, or statutory damages for all infringements involved in the action, with respect to any one work for which WALLACE may be liable individually, in a sum not less than $750 or more than $30,000.00 per work infringed, as the court considers just.

73.     Further, due to WALLACE's willful infringement of the copyrighted works at issue, STRATEGIC is entitled to recover statutory damages in the amount of $150,000.00 per work willfully infringed by WALLACE.

74.     STRATEGIC is also entitled to recover the full costs of bringing this action against WALLACE including, but not limited to, reasonable attorneys' fees as part of the costs incurred.

WHEREFORE, Plaintiff, STRATEGIC MARKETING INC., demands judgment against Defendant, ERNEST L. WALLACE, JR., for damages as provided by 17 U.S.C. § 504, for costs and attorneys' fees as provided by 17 U.S.C. § 505, plus interest, and further demands trial by jury of all factual issues.

## COUNT THREE – INDIRECT COPYRIGHT INFRINGEMENT
### AGAINST EAM, EAA, EAP, EAB, EANY,
### GARNER, AVERY, EAT, EA MS & EA

75.     STRATEGIC adopts and reincorporates the allegations of paragraphs 1 through 46 as if fully set forth herein.

76.     This cause of action arises under the Copyright laws of the United States, 17 U.S.C. § 101, et seq.

77.     STRATEGIC created and owns copyrighted works that are duly registered with the United States Copyright Office.  See Exhibit "B."

78.     STRATEGIC created original expressions constituting an original work of authorship by way of design elements as well as literary works including the words and images on the pages, color selection, and arrangement of the graphics, words, and images within the new design.  See Exhibit "A."

79.     As the owner of the copyrighted work, STRATEGIC has the exclusive right to do and to authorize the reproduction of its:  (i) copyrighted works; (ii) preparation of derivative works based upon the copyrighted work; (iii) the public display of literary and

graphic works; and (iv) distribution of copies of the copyrighted works to the public by sale, or other transfer of ownership, or by rental lease, or lending.

80.     On or before April of 2014, WALLACE was notified by STRATEGIC that use of the new design, (i.e., the copyrighted works), would constitute infringement of STRATEGIC's rights.

81.     WALLACE had actual knowledge that STRATEGIC owned the copyrighted works, and that STRATEGIC was specifically prohibiting the reproduction, preparation of derivative works, and publication of intellectual property owned by STRATEGIC. Nonetheless, sometime prior to May of 2014, WALLACE allowed GREAT BLUE to infringe upon STRATEGIC's rights by copying, reproducing, creating derivative works, and publishing the copyrighted works owned by STRATEGIC, without any authority from STRATEGIC.

82.     GARNER and AVERY had actual knowledge that the agreement with STRATEGIC had been terminated and all of the intellectual property created by STRATEGIC during the duration of said agreement remained STRATEGIC's property.

83.     GARNER and AVERY had actual knowledge that STRATEGIC owned the design, attached hereto as Exhibit "A" and registered with the Copyright Office as reflected in Exhibit "B."

84.     GARNER and AVERY had actual knowledge that STRATEGIC was specifically prohibiting the reproduction, preparation of derivative works, and publication of intellectual property that was owned by STRATEGIC including the design described above and attached as Exhibit "A."

85.     Through the use of GREAT BLUE, WALLACE caused the publication of the infringing website in direct contravention of the exclusive rights granted to STRATEGIC by 17 U.S.C. §106.

86.     The website contains a dedicated page where potential customers can search for a specific Events and Adventures location including those locations owned by EAM, EAA, EAP, EAB and EANY where GARNER retains complete control of each entity, and the locations EAT, EAMS and EA, where AVERY retains control of each entity.

87.     Upon information and belief, Defendant EAM obtained and continues to generate and/or obtain substantial profits directly related to the infringement of the copyright work owned by STRATEGIC and published in the website.

88.     Upon information and belief, Defendant EAA obtained and continues to generate and/or obtain substantial profits directly related to the infringement of the copyright work owned by STRATEGIC and published in the website.

89.     Upon information and belief, Defendant EAP obtained and continues to generate and/or obtain substantial profits directly related to the infringement of the copyright work owned by STRATEGIC and published in the website.

90.     Upon information and belief, Defendant EAB obtained and continues to generate and/or obtain substantial profits directly related to the infringement of the copyright work owned by STRATEGIC and published in the website.

91.     Upon information and belief, Defendant EANY obtained and continues to generate and/or obtain substantial profits directly related to the infringement of the copyright work owned by STRATEGIC and published in the website.

92.    Upon information and belief, Defendant EAT obtained and continues to generate and/or obtain substantial profits directly related to the infringement of the copyright work owned by STRATEGIC and published in the website.

93.    Upon information and belief, Defendant EA obtained and continues to generate and/or obtain substantial profits directly related to the infringement of the copyright work owned by STRATEGIC and published in the website.

94.    Upon information and belief, Defendant EAMS obtained and continues to generate and/or obtain substantial profits directly related to the infringement of the copyright work owned by STRATEGIC and published in the website.

95.    Upon information and belief, GARNER personally obtained and continues generate and/or obtain substantial profits directly related to the infringement of the copyright work owned by STRATEGIC and published in the website.

96.    Upon information and belief, AVERY personally obtained and continues to generate and/or obtain substantial profits directly related to the infringement of the copyright work owned by STRATEGIC and published in the website.

97.    Upon information and belief, WALLACE and/or GREAT BLUE notified GARNER and AVERY that STRATEGIC had notified WALLACE and GREAT BLUE that the website was infringing upon the copyrighted work owned by STRATEGIC.

98.    Despite STRATEGIC's notice and demand for WALLACE to cease use of the copyrighted work, WALLACE, through GREAT BLUE continued and up until this date, have not ceased infringing STRATEGIC's copyrighted works, generating revenue by way of the infringing website and sharing that revenue with Defendants, (i.e., EAM, EAA, EAP, EAB, EANY, EAT,  EA, EA MS, GARNER and AVERY).

99.    By reason of the indirect infringement, STRATEGIC has sustained and will continue to sustain substantial injury, loss, and damages due to its inability to exercise the exclusive rights enumerated by 17 U.S.C. § 106, afforded to STRATEGIC by Copyright law.

100.    STRATEGIC is entitled to recover the profits generated by GREAT BLUE and/or WALLACE, EAM, EAA, EAP, EAB, EANY, EAT,  EA, EA MS, GARNER and AVERY, while the infringing website was utilized to generate revenue, or statutory damages for all infringements involved in the action, with respect to any one work for which each defendant, EAM, EAA, EAP, EAB, EANY, EAT,  EA, EA MS, GARNER and AVERY, may be liable individually, or jointly and severally liable, in a sum not less than $750 or more than $30,000.00 per work infringed, as the court considers just.

101.    Further, due to  WALLACE's willful infringement of the copyrighted works at issue, and GARNER and AVERY's knowledge and receipt of revenues generated by said willful infringement  STRATEGIC is entitled to recover statutory damages in the amount of $150,000.00 per work willfully infringed by each Defendant including EAM, EAA, EAP, EAB, EANY, EAT,  EA, EA MS, GARNER and AVERY.

102.    STRATEGIC is also entitled to recover the full costs of bringing this action against  EAM, EAA, EAP, EAB, EANY, EAT, EA, EAMS, GARNER and AVERY including, but not limited to, reasonable attorneys' fees as part of the costs incurred.

WHEREFORE, Plaintiff, STRATEGIC MARKETING INC., demands judgment against Defendants, EVENTS, ADVENTURES N' MORE, INC., EVENTS & ADVENTURES OF ATLANTA, LLC., EVENTS and ADVENTURES OF NEW YORK, INC., EVENTS & ADVENTURES OF PHILADELPHIA, INC., EVENTS & ADVENTURES

BOSTON, INC., RANDY GARDNER, EVENTS & ADVENTURES, LLC., EVENTS & ADVENTURES OF MISSOURI, LLC., EVENTS & ADVENTURES TAMPA, LLC., and EMMETT AVERY for damages as provided by 17 U.S.C. § 504, for costs and attorneys' fees as provided by 17 U.S.C. § 505, plus interest, and further demands trial by jury of all factual issues.

## COUNT FOUR – DIRECT COPYRIGHT INFRINGEMENT AGAINST GARNER & YOUR SOCIAL LIFE, LLC

103.   STRATEGIC adopts and reincorporates the allegations of paragraphs 1 through 46 as if fully set forth herein.

104.   This cause of action arises under the Copyright laws of the United States, 17 U.S.C. § 101, et seq.

105.   STRATEGIC created original expressions constituting an original work of authorship by way of creating the literary work "Your Social Life."

106.   STRATEGIC owns the copyrighted work "Your Social Life" and same is duly registered with the United States Copyright Office.  See Exhibit "C."

107.   As the owner of the copyrighted work, STRATEGIC has the exclusive right to authorize the reproduction of its:  (i) copyrighted work;  (ii) preparation of derivative works based upon the copyrighted work; (iii) the public display of the literary work; and (iv) distribution of copies of the copyrighted work to the public by sale, or other transfer of ownership, or by rental lease, or lending.

108.   GARNER had actual knowledge that STRATEGIC had created the literary work "Your Social Life" under the condition that STRATEGIC would own all of the intellectual property in the event the business relationship between GARNER and STRATEGIC was terminated.

109.   GARNER and YSL willfully and deliberately infringed STRATEGIC's copyrighted work by, among other things, copying, reproducing, adapting, distributing and displaying publicly the copyrighted work created and owned by STRATEGIC, without permission, and against STRATEGIC's specific instructions that no permission was provided to use the copyrighted work.

110.   GARNER and YSL continued and up until this date, have not ceased infringing STRATEGIC's copyrighted works.

111.   By reason of GARNER and YSL infringement, STRATEGIC has sustained and will continue to sustain substantial injury, loss, and damages due to its inability to exercise the exclusive rights enumerated by 17 U.S.C. § 106, afforded to STRATEGIC by Copyright law.

112.   As a result of the infringement of STRATEGIC's work by GARNER and/or YSL, STRATEGIC is entitled to recover the profits generated by YSL and/or GARNER while the infringing website, www.yoursociallife.com, was and continues to be utilized to generate revenue, or statutory damages for all infringements involved in the action, with respect to the work for which YSL and/or GARNER may be liable individually, or jointly and severally liable, in a sum not less than $750 or more than $30,000.00 per work infringed, as the court considers just.

113.   Further, due to YSL and/or GARNER's willful infringement of the copyrighted works at issue, STRATEGIC is entitled to recover statutory damages in the amount of $150,000.00 per work willfully infringed by YSL and/or GARNER.

114.   STRATEGIC is also entitled to recover the full costs of bringing this action against YSL and/or GARNER including, but not limited to, reasonable attorneys' fees as part of the costs incurred.

WHEREFORE, Plaintiff, STRATEGIC MARKETING INC., demands judgment against Defendants, YOUR SOCIAL LIFE, LLC., and RANDY GARNER, for damages as provided by 17 U.S.C. § 504, for costs and attorneys' fees as provided by 17 U.S.C. § 505, plus interest, and further demands trial by jury of all factual issues.

## COUNT FIVE PERMANENT INJUNCTION AGAINST GREAT BLUE & WALLACE

115.   STRATEGIC adopts and reincorporates the allegations of paragraphs 1 through 46 as if fully set forth herein.

116.   This cause of action arises under the Copyright laws of the United States, 17 U.S.C. § 101, et seq.

117.   STRATEGIC created and owns the copyrighted work titled as "Events and Adventures Website Redesign," which is duly registered with the United States Copyright Office. See Exhibit "B".

118.   STRATEGIC created original expressions constituting an original work of authorship by way of design elements as well as literary works including the words and images on the pages, color selection, and arrangement of the graphics, words, and images within the copyrighted works. See Exhibit "A."

119.   As stated in Paragraph 43, GREAT BLUE and WALLACE copied, verbatim, the literary work owned by STRATEGIC. Further, GREAT BLUE and WALLACE infringed STRATEGIC's copyrighted works by copying, reproducing, creating

derivative works, and placing in public display the design elements, color selection, and arrangement of the graphics, words, and images within the new design.

120.  GREAT BLUE and/or WALLACE created derivative works by taking the 2D-design elements and literary works created and owned by STRATEGIC, and utilizing the copyrighted works in the creation of unauthorized derivative works within the infringing website.

121.  GREAT BLUE and WALLACE infringed, continued to infringe and will likely continue to infringe in the future on the copyrighted works owned by STRATEGIC.

122.  A court is authorized to grant a permanent injunction "on such terms as it may deem reasonable to prevent or restrain" further copyright infringement if the plaintiff can show the following:  (a) that it has suffered irreparable injury; (b) that remedies at law are inadequate; (c) that in balancing the hardships between plaintiff and defendant, an equitable remedy is warranted; and (d) a permanent injunction would not disserve the public interest.  17 U.S.C. 502(a); eBay Inc. v. MercExchange, L.L.C., 547 U.S. 388, 391(2006).

123.  Despite a demand made to GREAT BLUE and/or WALLACE to cease and desist from further infringement of the copyrighted works, GREAT BLUE and/or WALLACE continued to infringe on STRATEGIC's copyrighted works, causing irreparable harm.

124.  As a result of the aforesaid violations, STRATEGIC has been damaged and will continue to be damaged by GREAT BLUE and/or WALLACE's continued infringement of STRATEGIC's copyrighted work.

125.   Since STRATEGIC has no adequate remedy at law as it relates to future infringement, and unless said acts are restrained by this Court, the acts will continue and STRATEGIC will continue to suffer great and irreparable injury by the ongoing infringement by way publication, copying and distribution of the copyrighted work owned by STRATEGIC.

126.   An equitable remedy is warranted because when balancing the hardships between STRATEGIC and GREAT BLUE and/or WALLACE, the permanent injunction serves the limited narrow purpose of prohibiting Defendants of generating significant revenues by utilizing STRATEGIC's copyrighted works without a license, authority or consent from STRATEGIC.  Furthermore, an injunction prohibits GREAT BLUE and/or WALLACE from committing illegal acts, therefore, the permanent injunction will prevent GREAT BLUE and WALLACE from continuing to take advantage of STRATEGIC's copyrighted works when they are already not entitled to do pursuant to well settled copyright law.

127.   A permanent injunction restraining GREAT BLUE and WALLACE from continuing to infringe upon STRATEGIC's copyrighted works will not disserve the public in any way. Rather, granting an injunction would benefit the public in that it would uphold the rationale underlying the Copyright Laws to allow companies to continue to produce creative works that benefit the public because their works are protected.

WHEREFORE, Plaintiff, STRATEGIC MARKETING INC., requests this Honorable Court to enter judgment against Defendant, GREAT BLUE HERON SOFTWARE LLC., and ERNEST L. WALLACE, JR., issuing a permanent injunction restraining Defendants from further infringing on STRATEGIC MARKETING INC.'s

copyrighted work, and for the attorneys' fees and full costs incurred in bringing this action against the Defendants.

**COUNT SIX PERMANENT INJUNCTION AGAINST**
**GARNER AND YOUR SOCIAL LIFE, LLC**

128.    STRATEGIC adopts and reincorporates the allegations of paragraphs 1 through 46 as if fully set forth herein.

129.    This cause of action arises under the Copyright laws of the United States, 17 U.S.C. § 101, et seq.

130.    STRATEGIC created and owns the original expression fixed as a literary work: "your social life," which is duly registered with the United States Copyright Office. See Exhibit "C."

131.    GARNER and/or YSL, without consent from STRATEGIC, copied, verbatim, the "your social life" literary work owned by STRATEGIC, reproduced and created derivative works, placing and publishing in public display the literary work created and owned by STRATEGIC.

132.    YSL and GARNER infringed, continue to infringe and will likely continue to infringe in the future the copyrighted work owned by STRATEGIC by way of utilizing the work in the website, www.yoursociallife.com, by using the literary work "YOUR SOCIAL LIFE" as the name of the limited liability company, and in all promotional items utilized by the GARNER and YSL to reproduce and publish the literary work: "Your Social Life."

133.    A court is authorized to grant a permanent injunction "on such terms as it may deem reasonable to prevent or restrain" further copyright infringement if the plaintiff can show the following:  (a) that it has suffered irreparable injury; (b) that remedies at law are inadequate; (c) that in balancing the hardships between plaintiff and defendant,

an equitable remedy is warranted; and (d) a permanent injunction would not disserve the public interest.  17 U.S.C. 502(a); eBay Inc. v. MercExchange, L.L.C., 547 U.S. 388, 391(2006).

134.   GARNER and/or YSL continued to infringe on STRATEGIC's copyrighted works, causing irreparable harm.

135.   As a result of the aforesaid violations, STRATEGIC has been damaged and will continue to be damaged by GARNER and/or YSL's continued infringement of STRATEGIC's copyrighted work.

136.   Since STRATEGIC has no adequate remedy at law as it relates to future infringement, and unless said acts are restrained by this Court, the acts will continue and STRATEGIC will continue to suffer great and irreparable injury by the ongoing infringement by way of publishing, copying, and distributing the copyrighted work owned by STRATEGIC.

137.   An equitable remedy is warranted because when balancing the hardships between STRATEGIC and YSL and/or GARNER, the permanent injunction serves the limited narrow purpose of prohibiting Defendants of generating significant revenues by utilizing STRATEGIC's copyrighted works without a license, authority, or consent from STRATEGIC.   Furthermore, an injunction prohibits YSL and/or GARNER from committing illegal acts, therefore, the permanent injunction will prevent YSL and GARNER from continuing to take advantage of STRATEGIC's copyrighted works when they are already not entitled to do so pursuant to well settled copyright law.

138.   A permanent injunction restraining YSL and GARNER from continuing to infringe upon STRATEGIC's copyrighted works will not disserve the public in any way.

Rather, granting an injunction would benefit the public in that it would uphold the rationale underlying the Copyright Laws to allow companies to continue to produce creative works that benefit the public because their works are protected.

WHEREFORE, Plaintiff, STRATEGIC MARKETING INC., requests this Honorable Court to enter judgment against Defendant, YOUR SOCIAL LIFE, LLC., and RANDY GARNER, issuing a permanent injunction restraining Defendants from further infringing on STRATEGIC MARKETING INC.'s copyrighted work, and for the attorneys' fees and full costs incurred in bringing this action against the Defendants.

### Jury Demand

STRATEGIC MARKETING INC., demands trial by jury on all issues so triable.

Dated this 9th day of January, 2015

Respectfully submitted,

PIKE & LUSTIG, LLP
---Turnpike Law®---
2465 Mercer Ave, Suite 204
West Palm Beach, FL 33401
Telephone: 561-855-7585
Facsimile: 561-855-7710
pleadings@turnpikelaw.com
Daniel@turnpikelaw.com
Attorneys for the Plaintiff

BY: /s/ Daniel Lustig_____
   **DANIEL LUSTIG, ESQ.**
   Florida Bar No.: 0059225
   **MICHAEL J. PIKE, ESQ.**
   Florida Bar No.: 617296
   **MICHELLE NICHOLS DELONG, ESQ.**
   Florida Bar No.: 111452

# EXHIBIT "A"

 **Events & Adventures**

*The single best way to have fun...*

 Click to Call
Learn More>

| About Us | Calendar | Locations | How to Join Us | Reviews | Gallery | Travel |

## Check out the Events & Adventures location near you...

f Like 5,459


**Atlanta**
800.XXX.XXX


**Boston**
800.XXX.XXX


**Dallas**
800.XXX.XXX


**Houston**
800.XXX.XXX


**Long Island**
800.XXX.XXX


**Manhattan**
800.XXX.XXX


rille


**Philadelphia**
800.XXX.XXX


**Phoenix**
800.XXX.XXX


**San Francisco**
800.XXX.XXX


**Seattle**
800.XXX.XXX





**South Florida**
800.XXX.XXX

**St. Louis**
800.XXX.XXX

**Tampa**
800.XXX.XXX

**Vancouver**
800.XXX.XXX

**Washington DC**
800.XXX.XXX



### Get started now & join an event tonight

Fill in your details and someone will be in touch as soon as possible

- name
- email
- phone

- How did you hear about us? ▼
- Choose your location? ▼

**What are you waiting for?**

Placeholder text about the core point adjfiea fefiaejinfaefemaakajfieiafanajeinfaefaghioagnrag bagbaga;a;gbagbgurbga;bea ahogiargananfanfanfanfahrignagaakhroir hgcobnfaiheoifhton

aljfaoeihtoeingarihgoangabfnaobgagabgargba gq;agba;b

f Like 5,459

## *Our Members Speak Out*

**So much fun....**

Placeholder text about the core point adjfieafefia ejinfaefemaemfaafefan akajfieiafanajeinfaefaghioagnragbagbaga;a;gbag bgurbga;beargooingarngang

Raljfaoeihtoeinrgarihgoangabfnaobgaga bgargbagq;agba;b

**Best Decision Ever!**

Placeholder text about the core point adjfieafefia ejinfaefemaemfaafefan akajfieiafanajeinfaefaghioagnragbagbaga;a;gbag bgurbga;beargooingarngang

Raljfaoeihtoeinrgarihgoangabfnaobgaga bgargbagq;agba;b

**Thank You!**

Placeholder text about the core point adjfieafefia ejinfaefemaemfaafefan akajfieiafanajeinfaefaghioagnragbagbaga;a;gbag bgurbga;beargooingarngang

Raljfaoeihtoeinrgarihgoangabfnaobgaga bgargbagq;agba;b

## Being single doesn't have to be boring... Get out, enjoy your life and meet people naturally.

**Join the fun**     **Click to call**

*( read more Frequently Answered Questions...)*



*The best choice for singles is your best choice for singles*

call 888.600.5999

**Learn More**

About Us | Calendar | How to Join Us | Locations | Events | Adventures | Travel | Sign In



House Parties... Wine Tastings...

Get started now & join an event tonight

Fill in your details and someone will be in touch as soon as possible

name
email
phone

Choose your location ▼

or   call 888.600.5999

**JOIN THE FUN!**

**25**

### EVENT CALENDAR

Fusce dapibus, tellus ac cursus commodo, tortor mauris condimentum nibh!

**VIEW CALENDAR**

### HOW THIS WORKS

We believe relationships should happen naturally, so we provide our members wonderful adventures thoroughly planned by our expert event staff. READ MORE →

### HAVE FUN!

Nullam id dolor id nibh ultricies vehicula ut id elit. Maecenas sed diam eget risus varius.

**VIEW PHOTO GALLERY**

## 30-50 Events Every Month!

With 30-50 local events every month you can meet new friends pretty much every day. We believe that the best way to meet people is live - not on a computer screen. Come Relax and have a great time, knowing everyone there at our events is single just like you.

**No photo dates.  No matchmaking.  No online hidden identities.**

Our professional staff help you get to know the other members and make sure that the events are awesome.  All you have to do is signup, show-up, and have a blast!



## We travel the world in style.

Events and Adventures members travel the world together! Recent trips include India, China, New York, Alaska, New Orleans, Whistler BC, The Florida Keys, England, Costa Rica. Upcoming trips include Machu Picchu Peru, Eastern Europe, Australia, Mexico and Fiji!

Travel is much more exciting when you are with a great group of friends! E & A travel is all about real friends and real fun, real events and real adventures.

**Whether it is for a weekend or for a week, it is always a great time!**



**JOIN NOW!**

## Its natural, its organic, its living life to its fullest extent. Best of all, it is NEVER boring.

*( read more Frequently Answered Questions... )*



[footer]



# Events & Adventures

*The single best way to have fun...*

**Click to Call**
Learn More>

| About Us | Calendar | Locations | How to Join Us | Reviews | Gallery | Travel |

### Get started now & join an event tonight

Fill in your details and someone will be in touch as soon as possible

name

email

phone

How did you hear about us?

Choose your location?

or **Click to Call**

## Events & Adventures in Boston ❯



**Our Boston group knows how to have fun!**
Chris and I met two years ago on an E&A Fenway Park/Boston Pub Crawl and have enjoyed so many fun times with everyone. We want to just say that this is an excellent way to meet someone special but also to develop and continue some great friendships. The best times have been on the numerous pub crawls and mixers held in the Boston area. We even co-hosted a recent St. Paddy's Day pub crawl in Newburyport, MA (approx. 50 miles north of Boston) with 40 plus people. This was a first time event in this little seaport town and we could not believe what an amazing turnout. Thank you to all our friends, who we have had such a blast with!

## Check out this month's Boston calendar >

# 30-40
# Events Every Month

*Placeholder text about the core point adjfleafefiaejinfoefema akajfleiafanajeinfoefaghioagnragbagbaga;a;gbagbgurbga;bea ahogiargananfanfanfahrignagaakhroirhgobnfaiheoithton*

*ajfaoeihtoeinrgarihgoangabfnaobgagabgargbaga;agba;b*

*Placeholder text about the core point adjfleafefiaejinfoefema akajfleiafanajeinfoefaghioagnragbagbaga;a;gbagbgurbga;bea ahogiargananfanfanfahrignagaakhroirhgobnfaiheoithton*

*ajfaoeihtoeinrgarihgoangabfnaobgagabgargbaga;agba;b*



# Recent Events in Boston

### Shakespear on the Common
Placeholder text about the core point adjfleafefia ejinfoefemaemfaofefan akajfleiafanajeinfoefaghioagnragbagbaga;a;gbag bgurbga;beargaoingarngang

Rajfaoeihtoeinrgarihgoangabfnaobgaga bgargbaga;agba;b



### Whale Watch
Placeholder text about the core point adjfleafefia ejinfoefemaemfaofefan akajfleiafanajeinfoefaghioagnragbagbaga;a;gbag bgurbga;beargaoingarngang

Rajfaoeihtoeinrgarihgoangabfnaobgaga bgargbaga;agba;b



### Trails and Ales
Placeholder text about the core point adjfleafefia ejinfoefemaemfaofefan akajfleiafanajeinfoefaghioagnragbagbaga;a;gbag bgurbga;beargaoingarngang

Rajfaoeihtoeinrgarihgoangabfnaobgaga bgargbaga;agba;b



### Let's Go Sox!
Placeholder text about the core point adjfleafefia ejinfoefemaemfaofefan akajfleiafanajeinfoefaghioagnragbagbaga;a;gbag bgurbga;beargaoingarngang

Rajfaoeihtoeinrgarihgoangabfnaobgaga bgargbaga;agba;b



**Being single doesn't have to be boring... Get out, enjoy your life and meet people naturally.**

**Join the fun**    **Click to call**

*(read more Frequently Answered Questions...)*

# EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-176-703

**Effective date of
registration:**

April 1, 2014

---

## Title

Title of Work: Events and Adventures Website Redesign

## Completion/Publication

Year of Completion: 2013

## Author

■      Author: Strategic Marketing, Inc.

Author Created: text, 2-D artwork

Work made for hire: Yes

Citizen of: United States

## Copyright claimant

Copyright Claimant: Strategic Marketing, Inc.

8895 N Military Trail, Suite B202, Palm Beach Gardens, FL, 33410, United
States

## Limitation of copyright claim

Material excluded from this claim: photograph(s)

New material included in claim: text, 2-D artwork

## Rights and Permissions

Organization Name: Strategic Marketing, Inc.

Address: 8895 N Military Trail

Suite B202
Palm Beach Gardens, FL 33410  United States

## Certification

Name: Terence Murphy

Date: April 1, 2014

# EXHIBIT "C"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TXu 1-905-670

**Effective date of registration:**

March 11, 2014

## Title

Title of Work: YourSocialLife

## Completion/Publication

Year of Completion: 2013

## Author

■    Author: Strategic Marketing, Inc.

Author Created: text

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Strategic Marketing, Inc.

8895 N Military Trail, Suite B202, Palm Beach Gardens, FL, 33410, United States

## Rights and Permissions

Organization Name: Strategic Marketing, Inc.

Address: 8895 N Military Trail

Suite B202

Palm Beach Gardens, FL 33410  United States

## Certification

Name: Terence Murphy

Date: March 11, 2014

# EXHIBIT "D"

# Events&Adventures *an Activities Club for Singles*

📞 Click to Call    Log In

About Us    Calendar    Locations    How To Join    Reviews    Travel



## Get started now & Join an event tonight!

Name

Email

Phone

Choose locati ▾    Select Referra ▾

**Sign Up**    or Call Now

We meet all prospective members in person to promote quality, safety & enjoyment for everyone.



### Tons of Events
We plan and host events and activities somewhere every day of the year with most clubs having no less than 30 and as many as 60 activities each month.



### New Adventures
Here's how it works... Become a member and join a group of singles who have a passion for getting out, meeting people and having a great time.

## Real People, Real Fun

Our members are single men and women just like you. In fact, our services are designed exclusively for singles only. Events and Adventures acts as a personal event planner for each member. We plan and host events and activities somewhere every day of the year with most clubs having no less than 30 and sometimes as many as 60 activities each month.

In spite of only catering to singles, we do not consider ourselves a match.com or other matchmaking or dating service. We are a company unique unto ourselves in that we focus on the activities. We are about events and adventures, just as our name implies. Jump into fun now with Events and Adventures singles!

**Join the Fun**    Click to Call



## The Thrill of Real Adventure





### We Love to travel the World in style.

If you are interested in travelling abroad to do great activities and meet wonderful people to connect with, you've come to the right place! Browse our past or upcoming trips to get an idea of what you can look forward to. Feel free to look around and contact us with any questions that you may have about our travel adventures. We are looking forward to entertaining you and providing a great environment for you to meet new people and make great connections with other singles in your area.



We Love to travel the World in style.

If you are interested in travelling abroad to do great activities and meet wonderful people to connect with, you've come to the right place! Browse our past or upcoming trips to get an idea of what you can look forward to. Feel free to look around and contact us with any questions that you may have about our travel adventures. We are looking forward to entertaining you and providing a great environment for you to meet new people and make great connections with other singles in your area.

Being Single doesn't have to be boring... Get out, enjoy your life and meet people naturally.

Join the Fun    Click to Call

See our affiliates at Events and Adventures club for singles

© Events and Adventures 2014



# Events&Adventures

*an Activities Club for Singles*

📞 Click to Call    Log In

| About Us | Calendar | Locations | How To Join | Reviews | Travel |

## About Events & Adventures

### Why is Events & Adventures such a great place for singles to have fun and meet new people?

Since 1987 we've hosted nearly 100,000 exciting events for thousands of singles! Our professional event planners arrange activities that vary widely to cover all interests. Our thousands of members decide what they want to do. They simply sign up, show up, and leave the rest to us! We have found that when you are having a great time in a fun and comfortable environment, meeting new friends and developing new relationships is easy and natural. Basically, we create the setting - you just show up, be yourself and HAVE FUN!

### Why is Events & Adventures better than a dating service?

Matchmakers, video dating services, mini-lunch or dinner services - they are infamous for making grandiose promises of your impending marriage when they can't even provide you with a good date. Most former dating service members who join E&A say they meet more exciting new people at their first event than they met in all the time they belonged to a dating service. Dating services seem to be very hit-or-miss and an unnatural way to meet people. They can also be time consuming and labor intensive. Events & Adventures is not a dating service and we make no ridiculous promises just to give you unrealistic expectations. The worst thing that happens at Events & Adventures is that you have a great time at an event. More often, you have a great time, make new friends, and if a romantic relationship happens - well, you get the idea!!



Being Single doesn't have to be boring... Get out, enjoy your life and meet people naturally.

Join the Fun    Click to Call

See our affiliates at Events and Adventures club for singles

Privacy   Terms of Use                                                    © Events and Adventures 2014

# Events&Adventures
*an Activities Club for Singles*

📞 **Click to Call**   Log In

| About Us | Calendar | Locations | How To Join | Reviews | Travel |

**Office:** Nashville ▾          Jan ▾  2015 ▾   Refresh Calendar

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | **1** HAPPY NEW YEAR! | **2** WHITE ELEPHANT PARTY | **3** LAUGHS IMPROVISED |
| **4** SIPS, SCOOPS & SHOPPING | **5** JUMP ON THE SUSHI TRAIN! (NOVICES SIGN UP HERE) JUMP ON THE SUSHI TRAIN! (EXPERTS SIGN UP HERE) | **6** OFF THE HOOKAH | **7** BLUE MAN GROUP | **8** GLOW IN THE DARK GOLF | **9** BATTLE OF THE PIANOS | **10** E&A BOOK CLUB LASER SHOW MANSION TOUR+FREE WINE TASTING |
| **11** INTRODUCING E&A BRUNCH CLUB | **12** PAINT YOURSELF A MASTERPIECE | **13** BASKETBALL GAME | **14** TEAM TRIVIA | **15** BEST HAPPY HOUR IN NASHVILLE | **16** PREDS vs CAPITALS | **17** LINKIN PARK BOX TIL YOU DROP |
| **18** TAKE A HIKE!! | **19** SURPRISE DINNER-EAST SURPRISE DINNER-WEST | **20** E&A MUSIC CLUB | **21** JAMAICAN ME CRAZY | **22** THE ESCAPE GAME~CAN YOU GET OUT IN TIME? NEW ORLEANS WEEKEND | **23** FRIDAY NIGHT DANCE PARTY | **24** YAHOO FOR A YAZOO TOUR 20-30'S MIXER 40-50+ MIXER RUN NEAR WILD ANIMALS |
| **25** UNLIMITED GAMES! | **26** HEADS UP!! (WOMEN SIGN UP HERE) HEADS UP!! (MEN SIGN UP HERE) | **27** JOHN MELLENCAMP | **28** ALL MEMBER MIXER | **29** TAKE ME OUT TO A MOVIE | **30** INDOOR GO KARTING | **31** HIDE & SEEK~SCAVENGER HUNT |

Being Single doesn't have to be boring... Get out, enjoy your life and meet people naturally.

**Join the Fun**   **Click to Call**

See our affiliates at Events and Adventures club for singles

Privacy   Terms of Use

© Events and Adventures 2014

# Events&Adventures
*an Activities Club for Singles*

 Click to Call     Log In

About Us    Calendar    Locations    How To Join    Reviews    Travel

## Check out the Events & Adventures location near you...


Atlanta
1-888-600-5999


Boston
1-888-600-5999


Dallas
1-800-386-0866


Houston
1-800-386-0866


Long Island
1-888-600-5999


Manhattan
1-888-600-5999


Minneapolis
1-800-386-0866


Nashville
1-615-242-3030


Philadelphia
1-888-600-5999


Phoenix
1-800-386-0866


San Francisco
1-800-386-0866


Seattle
1-800-386-0866


South Florida
1-888-600-5999


St. Louis
1-877-741-5596


Tampa
1-877-741-5596


Vancouver
1-800-386-0866


Washington DC
1-855-347-9909

Being Single doesn't have to be boring... Get out, enjoy your life and meet people naturally.

Join the Fun     Click to Call

See our affiliates at Events and Adventures club for singles

Privacy    Terms of Use

© Events and Adventures 2014

# Events&Adventures *an Activities Club for Singles*

📞 Click to Call     Log In

About Us     Calendar     Locations     How To Join     Reviews     Travel

## Travel with Events & Adventures

If you are interested in travelling abroad to do great activities and meet wonderful people to connect with, you've come to the right place! Browse our past or upcoming trips to get an idea of what you can look forward to. Feel free to look around and contact us with any questions that you may have about our travel adventures. We are looking forward to entertaining you and providing a great environment for you to meet new people and make great connections with other singles in your area.



## Adventures to be Experienced

Moscow & St Petersburg–May 2014

ROME, TUSCANY & VENICE –June 2014

San Franciso & Napa Valley –June 2014

Oktoberfest- Germany- September 2014

## Past Adventures

Ski Trip–Brekenridge- January 2013

Weekend Getaway to VEGAS

Germany Christmas Markets- November 2012

Peru – 2012

## ...and Many More!

Being Single doesn't have to be boring... Get out, enjoy your life and meet people naturally.

Join the Fun     Click to Call

See our affiliates at Events and Adventures club for singles

Privacy    Terms of Use                                                    © Events and Adventures 2014