UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-80032-BLOOM/Valle

STRATEGIC MARKETING, INC.,

    Plaintiff/Counter-Defendant,

v.

GREAT BLUE HERON SOFTWARE, *et al.*,

    Defendants/Counter-Plaintiffs.

_____/

# FINAL JUDGMENT

**THIS CAUSE** came on for jury trial on October 25, 2016 and concluded with the jury verdict received on November 4, 2016. The undersigned presided and the issues having been duly tried and the jury having duly rendered its verdict, it is **ORDERED AND ADJUDGED** as follows, consistent with the jury's verdict, ECF No. [278], and the Clerk's Default, ECF No. [92]:

1. Judgment is entered in favor of Plaintiff STRATEGIC MARKETING, INC. as to Plaintiff's claims against Defendant GREAT BLUE HERON SOFTWARE, LLC for direct copyright infringement of Copyright Registration No.: VAu 1 176-703;

2. Judgment is entered in favor of Plaintiff STRATEGIC MARKETING, INC. as to Plaintiff's claims against Defendant ERNEST WALLACE, JR. for direct copyright infringement of Copyright Registration No.: VAu 1 176-703;

3. Judgment is entered in favor of Plaintiff STRATEGIC MARKETING, INC. as to Plaintiff's claims against Defendant ERNEST WALLACE, JR. for contributory copyright infringement of Copyright Registration No.: VAu 1 176-703;

4. Judgment is entered in favor of Plaintiff STRATEGIC MARKETING, INC. as to

Plaintiff's claims against Defendant RANDY GARDNER for vicarious copyright infringement of Copyright Registration No.: VAu 1 176-703;

5. Judgment is entered in favor of Plaintiff STRATEGIC MARKETING, INC. as to Plaintiff's claims against Defendants EVENTS, ADVENTURES 'N MORE, INC., EVENTS & ADVENTURES OF ATLANTA, LLC, EVENTS & ADVENTURES OF NEW YORK, INC., EVENTS & ADVENTURES OF PHILADELPHIA, INC., and EVENTS & ADVENTURES BOSTON, INC., for vicarious copyright infringement of Copyright Registration No.: VAu 1 176-703;

6. Judgment is entered in favor of Plaintiff STRATEGIC MARKETING, INC. as to Plaintiff's claims against Defendant RANDY GARDNER for direct copyright infringement of Copyright Registration No.: TXu 1-905-670A;

7. Judgment is entered in favor of Plaintiff STRATEGIC MARKETING, INC. as to Plaintiff's claims against Defendant YOUR SOCIAL LIFE for direct copyright infringement of Copyright Registration No.: TXu 1-905-670A;

Having considered the jury's findings, the applicable law and consistent with the jury's verdict, the Court awards damages to STRATEGIC MARKETING, INC. as follows:

8. **$750.00** in statutory damages against Defendant RANDY GARDNER for infringement of Copyright Registration No.: TXu 1-905-670A;

9. **$750.00** in statutory damages against Defendant YOUR SOCIAL LIFE for infringement of Copyright Registration No.: TXu 1-905-670A;

10. **$494,000.00** in actual damages against Defendant RANDY GARDNER, ERNEST WALLACE, JR., and GREAT BLUE HERON SOFTWARE, LLC, jointly and

Case No. 15-cv-80032-BLOOM/Valle

severally, for infringement of Copyright Registration No.: VAu 1 176-703;

11. **$15,391.21** in infringer's profits against Defendant ERNEST WALLACE, JR. for infringement of Copyright Registration No.: VAu 1 176-703;

12. **$15,391.21** in infringer's profits against Defendant GREAT BLUE HERON SOFTWARE, LLC for infringement of Copyright Registration No.: VAu 1 176-703;

13. **$883,077.77** in infringer's profits against Defendant RANDY GARDNER for infringement of Copyright Registration No.: VAu 1 176-703;

14. **$1,138,301.97** in infringer's profits against Defendants EVENTS, ADVENTURES 'N MORE, INC., EVENTS & ADVENTURES OF ATLANTA, LLC, EVENTS & ADVENTURES OF NEW YORK, INC., EVENTS & ADVENTURES OF PHILADELPHIA, INC., and EVENTS & ADVENTURES BOSTON, INC., jointly and severally, for infringement of Copyright Registration No.: VAu 1 176-703;

15. The Court reserves jurisdiction to consider any postjudgment motions, including an award of attorney's fees and costs;

16. Postjudgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961;

17. The Clerk is directed to mark this case administratively **CLOSED.**

**DONE AND ORDERED** in Miami, Florida, 8th day of November, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Case No. 15-cv-80032-BLOOM/Valle

Counsel of Record