UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-80032-BLOOM/Valle

STRATEGIC MARKETING, INC.,

    Plaintiff/Counter-Defendant

v.

GREAT BLUE HERON SOFTWARE, et. al.,

    Defendants/Counter-Plaintiffs.
_____/

PLAINTIFF'S MOTION FOR ISSUANCE OF
WRIT OF EXECUTION POST JUDGMENT

    The Plaintiff, by and through undersigned counsel, hereby moves the Clerk for the issuance of a Writ of Execution as to Defendant, RANDY GARDNER, and states:

    1. The Plaintiff in this action obtained an Amended Final Judgment on November 14, 2017, D.E. #285, in the total principal amount of $1,377,827.77, as set forth below:

    a. $750.00 in statutory damages per Paragraph 13 of the Final Judgment;

    b. $494,000.00 in actual damages per Paragraph 15 of the Final Judgment;

    c. $883,077.77 in infringer's profits per Paragraph 18 of the Final Judgment;

    2.    There still remains due and owing on the Judgment the entire sum awarded, plus post-judgment interest from the date of judgment.

    3.    Plaintiff requests the issuance of a Writ of Execution in the form attached as Exhibits 1 so that it may proceed, execute and levy upon Defendant's real and personal property to satisfy, in full or in part, the Judgment.

CONCLUSION

WHEREFORE, Plaintiff moves for the issuance of a Writ of Execution with direction to the Clerk of Courts to execute same so Plaintiff may proceed to execute against Defendant's property, as well as such further relief this Court deems just and proper.

Respectfully submitted,

**SUNDARSINGH LAW, P.L.**

BY: /s/ Mandell Sundarsingh
Mandell Sundarsingh, Esquire
Sundarsingh Law, P.L.
Attorneys for Plaintiff
4440 PGA Blvd.
Suite 502
Palm Beach Gardens, FL 33410
(561) 475-2298 telephone
(561) 584-7634 facsimile
FL BAR NO.: 57562
Primary Email: Mandell@creativelaw.net
Secondary Email: paralegal@creativelaw.net

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Document has been filed with the Clerk of the Court using its CM/ECF system and that the CM/ECF system will send a notice of electronic filing to all parties of record. Defendant RANDY GARDNER, 1929 S. Club Dr., Wellington, FL 33414, was served with a true and correct copy of the foregoing via U.S. Regular Mail on this the 18th day of January, 2017.

/s/ Mandell Sundarsingh
Mandell Sundarsingh, Esquire