UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-80032-BLOOM/Valle

STRATEGIC MARKETING, INC.,

    Plaintiff/Counter-Defendant

v.

GREAT BLUE HERON SOFTWARE, et. al.,

    Defendants/Counter-Plaintiffs.

_____/

**PLAINTIFF'S MOTION FOR CHARGING ORDER AS TO DEFENDANT RANDY GARDNER**

COMES NOW, the Plaintiff, by and through the undersigned counsel, and pursuant to Fla. Stat. 605.0503, hereby moves this Honorable Court to enter a charging order against Defendant, RANDY GARDNER's membership interests in HGEG, LLC,, and in support hereof, states as follows:

### I. BACKGROUND

1. The Plaintiff holds an unsatisfied judgment dated November 14, 2016, against the RANDY GARDNER, in the amount of $1,377,827.77 (D.E. #285), as is set forth below:

   a. $750.00 in statutory damages per Paragraph 13 of the Final Judgment;
   b. $494,000.00 in actual damages per Paragraph 15 of the Final Judgment;
   c. $883,077.77 in infringer's profits per Paragraph 18 of the Final Judgment;

2. RANDY GARDNER is not indigent and has failed to satisfy the judgment in any amount.

3. According to Sunbiz, RANDY GARDNER is the sole member of HGEG, LLC. See **EXHIBIT A.**

### II. MEMORANDUM OF LAW

4. Pursuant to Federal Rule of Civil Procedure Rule 69(a)(1), "the procedure on execution-- and in proceedings supplementary to and in aid of judgment or execution--must accord

with the *procedure of the state where the court is located*, but a federal statute governs to the extent it applies. Emphasis added. See also, *F.T.C. v. Olmstead*, 528 F.3d 1310, 1313 (11th Cir. 2008), certified question answered, 44 So. 3d 76 (Fla. 2010) (Under Rule 69 of the Federal Rules of Civil Procedure, proceedings in aid of judgment or execution are to be conducted in accordance "with the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(1)).

5. Charging Orders on limited liability companies are governed by Florida Statutes Section 605.0503, which provides that:

> "On application to a court of competent jurisdiction by a judgment creditor of a member or a transferee, the court may enter a charging order against the transferable interest of the member or transferee for payment of the unsatisfied amount of the judgment with interest."

6. Additionally, in the event that a charging order would not satisfy a judgment within a reasonable amount of time, the Plaintiff would be entitled to foreclose on the member's entire interest in a single-member limited liability company. Fla. Stat. 605.0503(4).

7. As stated above, according to Sunbiz, RANDY GARDNER is the sole member of HGEG, LLC. See **EXHIBIT A.**

8. Accordingly, the Plaintiff is entitled to a charging order against RANDY GARDNER's interest in HGEG, LLC, and is entitled to foreclose all of RANDY GARDNER's interests in HGEG, LLC, in the event that a charging order would not satisfy the Judgment within a reasonable amount of time.

**WHEREFORE**, the Plaintiff respectfully requests this Honorable Court grant this Motion, enter a charging order against RANDY GARDNER's membership interests in HGEG, LLC, as well as such further and additional relief as this Honorable Court deems just, reasonable, necessary and/or proper.

Respectfully submitted,

**SUNDARSINGH LAW, P.L.**

BY: /s/ Mandell Sundarsingh
Mandell Sundarsingh, Esquire
Sundarsingh Law, P.L.
Attorneys for Plaintiff
4440 PGA Blvd.
Suite 502
Palm Beach Gardens, FL 33410
(561) 475-2298 telephone
(561) 584-7634 facsimile
FL BAR NO.: 57562
Primary Email: Mandell@creativelaw.net
Secondary Email: paralegal@creativelaw.net

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Document has been filed with the Clerk of the Court using its CM/ECF system and that the CM/ECF system will send a notice of electronic filing to all parties of record. Defendant RANDY GARDNER, 1929 S. Club Dr., Wellington, FL 33414, was served with a true and correct copy of the foregoing via e-mail (randy@yoursociallife.com) and U.S. Regular Mail on this the 19th day of January, 2017.

/s/ Mandell Sundarsingh
Mandell Sundarsingh, Esquire