DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Officer/Registered Agent Name

Florida Limited Liability Company
HGEG LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L13000142571 |
| **FEI/EIN Number** | 46-4049749 |
| **Date Filed** | 10/08/2013 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT AND NAME CHANGE |
| **Event Date Filed** | 10/29/2015 |
| **Event Effective Date** | NONE |

**Principal Address**

500 West Cypress Creek Rd
Suite 190
Ft. Lauderdale, FL 33309

Changed: 03/30/2015

**Mailing Address**

500 West Cypress Creek Rd
Suite 190
Ft. Lauderdale, FL 33309

Changed: 03/30/2015

**Registered Agent Name & Address**

GARDNER, RANDY
500 West Cypress Creek Rd
Suite 190
Ft. Lauderdale, FL 33309

Name Changed: 10/29/2015

Address Changed: 03/30/2015

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

EXHIBIT A

GARDNER, RANDY
500 West Cypress Creek Rd
Suite 190
Ft. Lauderdale, FL 33309

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2014 | 09/18/2014 |
| 2015 | 03/30/2015 |
| 2016 | 03/22/2016 |

### Document Images

| | |
|---|---|
| 03/22/2016 -- ANNUAL REPORT | View image in PDF format |
| 10/29/2015 -- LC Amendment and Name Change | View image in PDF format |
| 03/30/2015 -- ANNUAL REPORT | View image in PDF format |
| 09/18/2014 -- ANNUAL REPORT | View image in PDF format |
| 10/08/2013 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations