UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-80032-BLOOM/Valle

STRATEGIC MARKETING, INC.,

    Plaintiff/Counter-Defendant

v.

GREAT BLUE HERON SOFTWARE, et. al.,

    Defendants/Counter-Plaintiffs.

_____/

## CHARGING ORDER AS TO DEFENDANT RANDY GARDNER'S MEMBERSHIP INTEREST IN HGEG, LLC

**THIS CAUSE** came before the Court on Plaintiff's Motion for Charging Order as to Defendant, RANDY GARDNER, and upon the Court's review of the Motion and having considered the information provided, it is hereby ORDERED AND ADJUDGED:

1. The Plaintiff is entitled to a charging order against Defendant RANDY GARDNER's interest in HGEG, LLC.

2. Defendant, RANDY GARDNER's, interest in HGEG, LLC, is hereby charged with payment of the Final Judgment entered on November 14, 2016 (D.E. #285), with post-judgment interest and shall not be transferred except for payment of the Final Judgment, until the Final Judgment plus post-judgment interest is paid in full.

3. Any and all distributions, transfers, amounts owed and/or payable to Defendant, RANDY GARDNER, by or on behalf of HGEG, LLC, shall be paid directly to Plaintiff.

4. Defendant RANDY GARDNER, shall provide the Plaintiff with monthly reports of all income, expenses, and any monies being received, held, and distributed, for any reason, by HGEG, LLC.

5. This Charging Oder shall remain binding on Defendant, RANDY GARDNER's membership interest in HGEG, LLC, until further order of this Court.

6. In the event that distributions from HGEG, LLC, do not satisfy the Final Judgment within a reasonable amount of time, the Court reserves jurisdiction to foreclose on RANDY GARDNER's entire interest in HGEG, LLC, pursuant to Florida Statutes Section 605.0503(4), upon application of the Plaintiff for same.

DONE AND ORDERED in Fort Lauderdale, Florida, on this the ___ day of January, 2017.

_____
Honorable Judge Beth Bloom
United States District Judge

Copies to:

Counsel of Record

Randy S. Gardner
randy@yoursociallife.com
1929 S. Club Dr.
Wellington, FL 33414